EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Colegio de Abogados de Puerto Rico<br><br>    Querellante<br><br>        v.<br><br>César Juan Almodóvar Marchany<br><br>    Querellado | 2004 TSPR 4<br><br>160 DPR \_\_\_\_ |

Número del Caso: TS-5572

Fecha: 16 de enero de 2004

 Colegio de Abogados de Puerto Rico:
                        Lcdo. José M. Montalvo Trías
                        Director Ejecutivo

 Abogado de la Parte Querellada:
                        Por Derecho Propio

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Colegio de Abogados de
Puerto Rico

    Querellante

      v.

                              TS-5572

Cesar Juan Almodóvar Marchany

    Querellado

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de enero de 2004

El 23 de diciembre de 2003, emitimos una extensa resolución donde hicimos un detallado recuento del reiterado incumplimiento del Lcdo. César Juan Almodóvar Marchany con su deber de pagar la cuota de colegiación al Colegio de Abogados. Le concedimos al licenciado Almodóvar Marchany término para mostrar causa por la cual no debía ser suspendido de la práctica de la abogacía. Éste compareció, ofreció excusas y nos indicó que "reconoce que con anterioridad ha efectuado sus cuotas de colegiación del Colegio de Abogados en forma tardía, o luego de recordatorios al efecto u órdenes del Tribunal". Solicita "indulgencia y lenidad" y "empeña su palabra que en forma alguna habrá de permitir que una situación como ésta vuelva a repetirse".

Tomando en consideración lo antes expuesto, el Tribunal amonesta y apercibe al licenciado Almodóvar Marchany que en el futuro habrá de ser más severo en las sanciones que imponga si éste incurre en la práctica antes descrita.

Se ordena el archivo de este asunto.[1]

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  Los Jueces Asociados señores Rebollo López y Hernández Denton no intervinieron.


                                    Patricia Otón Olivieri
                              Secretaria del Tribunal Supremo

---

[1] En el día de hoy el Colegio de Abogados presentó una moción de desistimiento en la cual nos indica que el Lcdo. César J. Almodóvar Marchany pagó la cuota de colegiación.